# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ODIR ANTONIO FUENTES,<br><br>　　　　　　Defendant. | Case No.: 20CR0971-JAH<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE; ORDER TO EXONERATE BOND** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that: (1) the INFORMATION in the above-entitled case be dismissed without prejudice; and (2) the bond in this case be exonerated.

IT IS SO ORDERED.

DATED: APRIL 20, 2020.

_____
HONORABLE JILL L. BURKHARDT
United States Magistrate Judge